# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 19-852 |
| v. | : | 18 U.S.C. §§ 641 and 2 |
| PATRICK MARK | : | **INFORMATION** |

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

1. At all times relevant to this Information:

   a. Defendant Patrick Mark ("Mark") was a resident of Queens, New York and employed as a Mechanical Engineering Technician at the United States Army Combat Capabilities Development Command Armaments Center ("CCDC") located at Picatinny Arsenal ("PICA"), in Morris County, New Jersey.

   b. PICA was a United States Army installation with personnel that conducted research, development, and acquisition and lifecycle management of advanced conventional weapons systems and ammunition. PICA provided these products and services to all branches of the United States armed forces.

   c. Company 1, with offices in Queens, New York, was a private company that had contracts with the United States Army to manufacture and provide graphic firing tables ("GFTs"). GFTs are slide rulers that can direct the path of howitzer weapons, which propel projectiles over high trajectories with a steep angle of descent.

2. Mark fraudulently and improperly used United States Army resources to manufacture product and provide services that were then

purchased by the United States Army. In particular, Mark used equipment belonging to the United States Army at PICA, including a laser cutting machine and a router, to cut plastic sheets necessary for the manufacture of the GFTs, which were then sold by Company 1 to the United States Army.

3. At times, Mark also misappropriated supplies, including plastic sheets purchased with United States Army funds, as well as personnel of the United States Army, to manufacture, in part, the GFTs which were then sold by Company 1 to the United States Army.

4. Company 1 provided funds from the sale of the GFTs to the United States Army to members of Mark's family in exchange for Mark's help in manufacturing the GFTs using United States Army equipment and supplies.

5. From in or about January 1, 2013 through in or about January 10, 2018, in Morris County, in the District of New Jersey, and elsewhere, the defendant,

**PATRICK MARK**,

did knowingly and intentionally embezzle, steal, purloin, and convert to his own use and the use of Company 1, things of value, namely, equipment and supplies belonging to the United States Army, in the amount of more than $6,500 but not more than $15,000.

In violation of Title 18, United States Code, Section 641 and Section 2.

*Craig Carpenito*
CRAIG CARPENITO
United States Attorney

CASE NUMBER: 19-

**United States District Court**
**District of New Jersey**

UNITED STATES OF AMERICA

v.

PATRICK MARK

**INFORMATION FOR**

18 U.S.C. § 641 and 18 U.S.C. § 2

Craig Carpenito
UNITED STATES ATTORNEY
NEWARK, NEW JERSEY

LESLIE F. SCHWARTZ
KAREN D. STRINGER
ASSISTANT U.S. ATTORNEYS
(973) 645-3986/973) 645-2783

USA-48AD 8
(Ed. 1/97)